UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO CARRANZA,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN COLVIN,<br><br>          Defendant. | Case No. 5:15-cv-04664-PSG<br><br>**JUDGMENT** |

The court has remanded this action to the Commissioner of Social Security.[1] The Clerk shall close the file.

**SO ORDERED.**

Dated: June 3, 2016

    _____
    PAUL S. GREWAL
    United States Magistrate Judge

---

[1] *See* Docket No. 19.

Case No. 5:15-cv-04664-PSG
JUDGMENT

1